UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| UNITED SPECIALTY INSURANCE COMPANY *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> SULTAN TRANS, INC. *et al.*, <br><br> Defendants. | CAUSE NO. 3:23-CV-83 DRL-MGG |

ORDER

Plaintiffs United Specialty Insurance Company and Series 1 of Oxford Insurance Company, NC, LLC, and Defendant Sultan Trans, Inc. filed a notice to dismiss the action in its entirety with prejudice under Rule 41(a)(1)(A)(ii) [20]. Rule 41(a)(1)(A)(ii) requires "a stipulation of dismissal signed by all parties who have appeared." Defendant Khamidjon Murodov has not yet appeared. This stipulation is a dismissal of all claims signed by all parties who have appeared and now dismisses the entire action. Accordingly, the court DISMISSES the case WITH PREJUDICE, with each party to bear their own costs and fees. This case is now terminated.

SO ORDERED.

November 16, 2023                                                         *s/ Damon R. Leichty*
                                                                                       Judge, United States District Court